Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court
### Northern District of New York

UNITED STATES OF AMERICA
-v.-
THOMAS GRUGAN

Docket No.: 04-CR-094

Hon. Lawrence E. Kahn
(District Court Judge)

Notice is hereby given that _Thomas Grugan_ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ _____ ] _____
(specify)

entered in this action on 11/2/04 (date)

Offense occurred after November 1, 1987    Yes [X]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Sentencing and Conviction [X]    No [ ]

Date 11/3/04

TO: Robert Storch
Address: United States Attorney's Office
445 Broadway, Room 218
Albany, New York 12208
ADD ADDITIONAL PAGE (IF NECESSARY)

Paul J. Evangelista
(Counsel for Appellant)
Address: Federal Public Defender's Office
39 N. Pearl Street, 5th Floor
Albany, New York 12207
Telephone Number: 518-436-1850

### TO BE COMPLETED BY ATTORNEY

▶ **QUESTIONNAIRE**

[X] I am ordering a transcript
[ ] I am not ordering a transcript
Reason
 [ ] Daily copy is available
 [ ] U.S. Attorney has placed order
 [ ] Other. Attach explanation

### TRANSCRIPT INFORMATION - FORM B

▶ **TRANSCRIPT ORDER**

Prepare transcript of
[ ] Prepare proceedings
[ ] Trial
[X] Sentencing
[ ] Post-trial proceedings

▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

Dates
10/8/04  Plea 4/23/04

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [x]    [ ] Funds

ATTORNEY'S SIGNATURE  Paul J. Evangelista
DATE 11/3/04

▶ **COURT REPORTER ACKNOWLEDGMENT**

To be completed by Court Reporter and forwarded to Court of Appeals,

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  | Date _____ Signature _____ (Court Reporter) |  |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02